IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPHINE ROSARIO, by her Attorney-in-Fact, DAVID ROSARIO,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>GENESIS HEALTHCARE CORPORATION d/b/a LOPATCONG CENTER; ABC CORPORATIONS (1-5) and JOHN DOE (1-5), fictitious names,<br><br>　　　　　　　　Defendants. | No. 11-CV-6757 (JAP)(LHG)<br><br>Civil Action |

### AFFIDAVIT OF MERIT AS TO 390 RED SCHOOL LANE OPERATIONS, LLC, d/b/a LOPATCONG CENTER

Lance R. Youles, upon his oath, deposes and says:

1. I am a Licensed Nursing Home Administrator of the State of Michigan for the past thirty-three (33) years.

2. I do not have any financial interest in the outcome of the above-referenced case which I have reviewed.

3. Based upon the records that I have reviewed, there exists a reasonable probability that the care, skill and/or knowledge exercised and/or exhibited by the Defendant, 390 Red School Lane Operations d/b/a Lopatcong Center, in the care, treatment and/or practice of Josephine Rosario fell outside the acceptable professional or occupational standards and/or treatment practice and that such care, treatment and/or practice was a cause in bringing about harm to Josephine Rosario.

_____
LANCE YOULES

STATE OF  Michigan  :
                                                    :SS:
COUNTY OF  Livingston  :

    I certify that on February __13__, 2012, Lance Youles, personally came before me and acknowledged under oath to my satisfaction, that she:

    (a)    is named in and personally signed this document; and,
    (b)    signed, sealed and delivered this document as his act and deed.

                                              Notary Public

MICHAEL J. FLYNN
Notary Public, State of Michigan
County of Washtenaw
My Commission Expires Jul. 19, 2013
Acting in the County of  Livingston